IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KINGSLEY SIMPSON,<br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>BRIAN GARRETT BURNSHIRE,<br>　　　　　　　　Defendant,<br><br>CUSTOM-BILT METAL,<br>　　　　　　　　Garnishee.<br>_____ | ) CASE NO.: 05-MC-05031-FDB<br>)<br>) **MOTION AND ORDER**<br>) **DISCHARGING GARNISHEE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　The undersigned moves the court for an order discharging CUSTOM-BILT METAL, based upon the following statement:

　　　Judgment against Defendant Brian Garrett Burnshire has been fully satisfied.

　　　Dated this 28th day of December, 2005.

　　　　　　　　　　　　　　　　　　　Law Offices of GRANT & ASSOCIATES

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Artis C. Grant, Jr., WSBA No. 26204
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　3002 South 47th Street
　　　　　　　　　　　　　　　　　　　Tacoma, WA  98409
　　　　　　　　　　　　　　　　　　　Telephone: (253) 472-6213
　　　　　　　　　　　　　　　　　　　Facsimile: (253) 473-9695
　　　　　　　　　　　　　　　　　　　E-Mail: agrant@lawdome.com

MOTION / ORDER DISCHARGING GARNISHEE - 1
05-MC-05031-FDB

# ORDER

The court having considered Plaintiff's motion for an order discharging the garnishee herein, it is hereby:

ORDERED that CUSTOM-BILT METAL is DISCHARGED.

Dated this 3rd day of January, 2006.

        /s/ Franklin D Burgess
FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE

MOTION / ORDER DISCHARGING GARNISHEE - 2
05-MC-05031-FDB

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington  98409
Telephone  (253) 472-6213